UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MARCUS DONTE MIDDLEBROOK,

    Plaintiff,

Case No. 1:18-cv-1139

v.

Honorable Paul L. Maloney

JOSEPH NOVAK et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: November 9, 2018      /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge